IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| ARON AVALOS, | ) | |
| Petitioner, | ) | No. C 06 -111 EJM |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ALBERTO GONZALES, United States | ) | |
| Attorney General, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court on petitioner's Petition for Writ of Habeas Corpus, filed July 28, 2006. Briefing concluded November 20, 2006. Dismissed.

Petitioner initially filed this action in the US District Court for the Southern District of Iowa on July 28, 2006, which in turn transferred the matter to this court on August 7, 2006. Petitioner asserts that he is being unlawfully detained by the Immigration and Customs Enforcement Office (ICE) under the Department of Homeland Security. He contends that he is a Legal Permanent Resident of the United States with an open application for naturalization pending since January, 1997, that he presented himself for inspection as a returning alien in Dallas, Texas on June 19, 2005, and was then deemed inadmissible and taken into custody. He asserts that the government commenced removal proceedings against him, and that his pending application for naturalization was not disclosed at the time of the Immigration Judge's decision upon removal. He contends that had respondent acted upon his application for naturalization in a timely

manner he would have been a citizen prior to the events leading to the removal order, and therefore his detention is unlawful. He urges the court to act nunc pro tunc upon his citizenship status.

Respondent seeks dismissal of the Petition, asserting that Petitioner is lawfully detained as he is subject to a final order of removal after review of the merits of his case by the Board of Immigration Appeals (BIA). Respondent asserts that he did not seek review with the Court of Appeals, therefore the order is final. Respondent contends that this court lacks subject matter jurisdiction to review any removal order of an alien.

It appears undisputed that petitioner is a citizen of Mexico who was admitted to the United States as a permanent resident alien on December 20, 1991. It further appears that he was convicted of a felony in Nebraska on November 18, 1997, and sentenced to a term of imprisonment. So far as is relevant here, he remained in the United States following release from imprisonment, and at some time subsequently departed to Mexico. On February 10, 2006, he was detained as an arriving alien by the United States Customs Border Patrol, and then removal proceedings began as a result of the above referenced conviction. He was then and is now detained by the United States Immigration Customs Enforcement (ICE). He was the subject of removal hearings, where an Immigration Judge entered an order of removal to Mexico on April 12, 2006. Petitioner appealed that order to the BIA, which affirmed the decision of the Immigration Judge on July 24, 2006. Petitioner filed a motion to reconsider, which the BIA denied on September 5, 2006.

His claims distilled, it is the court's view that petitioner seeks review of an order of removal. Pursuant to 8 USC §1252(a)(5), a petition for review to the Court of Appeals is the exclusive method of review of an administrative order of removal. <u>Tostado v. Carlson</u>, 437 F3d 706, 708 (8th Cir. 2006). Accordingly, the court lacks subject matter jurisdiction over the petition.

It is therefore

ORDERED

Dismissed.

December 18, 2006.

_____
Edward J. McManus, Judge
UNITED STATES DISTRICT COURT